IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **KYRA SAMONE SPEIGHTS** § | |
| § | |
| VS. § | Case No. 1:20-cv-1151 |
| § | |
| **AUTOZONE PARTS, INC.** § | |

## DEFENDANT, AUTOZONE PARTS, INC.'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATED DISTRICT JUDGE:

Pursuant to 28 U.S.C. §§ 1332 and 1441(a), Defendant, **AUTOZONE PARTS, INC.**, hereby removes this action to the United States District Court for the Western District of Texas from the 353rd Judicial District Court of Travis County, Texas, stating as follows:

1. Plaintiff, Kyra Samone Speights, commenced this action in the 353rd Judicial District Court of Travis County, Texas, where it was given Cause No. D-1-GN-20-006463. This action is between citizens of different states. Plaintiff is a resident of Texas. Defendant AutoZone Parts, Inc. is domiciled in Memphis Tennessee and incorporated in Nevada. Further, Plaintiff states in her Petition that she is seeking damages for the following:

    1. Medical past and future.

    2. Pain and suffering past and future.

    3. Mental anguish past and future.

    4. Physical impairment past and future.

Accordingly, this Court has original jurisdiction under 28 U.S.C. § 1332.

2. Defendant, AutoZone Parts, Inc. received the summons and complaint on November 10, 2020, so this removal is timely under 28 U.S.C. § 1446(b).

3. A copy of all process, pleadings, and orders served upon Defendant is attached as Exhibit A.

4. Defendant has provided written notice of this Notice of Removal to all adverse parties and

---

has filed a copy with the Clerk of the 353rd Judicial District Court of Travis County, Texas.

5. Defendant AutoZone Parts, Inc. consents to the removal.

Dated: November 19, 2020.

Respectfully submitted,

**NAMAN, HOWELL, SMITH & LEE, PLLC**
8310 Capital of Texas Highway North, Suite 490
Austin, Texas 78731
Phone: 512-479-0300
Fax: 512-474-1901
aspy@namanhowell.com

BY: _____
P. Clark Aspy
State Bar No. 01394170
Madison Preston
State Bar No. 24096407

ATTORNEYS FOR DEFENDANT, AUTOZONE PARTS, INC.

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document has been forwarded by the manner indicated below to all counsel of record on this 19th day of November, 2020.

Guilherme Vasconcelos
DC Law, PLLC
1012 West Anderson Lane
Austin, Texas 78757

_____
P. Clark Aspy